## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 02, 2012

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

      Re:  Case No. 12-1128, *American University of Antigua v. Steven Woodward*
           Originating Case No. : 10-10978

Dear Mr. Woodward,

  This appeal has been docketed as case number **12-1128** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

  As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

  Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **February 16, 2012**.

      Appellee:    Appearance of Counsel
                     Disclosure of Corporate Affiliation
                     Application for Admission to 6th Circuit Bar (if applicable)

  The district court docket sheet reflects that you have a pending motion for leave to proceed on appeal in forma pauperis. If the motion is denied, you have thirty (30) days from the date of that denial to **either** pay the $455.00 appeal filing fee to the district court, or renew your motion for leave to proceed in forma pauperis, along with a completed financial affidavit in this court. **Failure to pay the filing fee or file the ifp motion and affidavit will result in the dismissal of your appeal without further notice.**

    The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                                  Sincerely yours,

                                                  s/Linda M. Niesen
                                                  Case Manager
                                                  Direct Dial No. 513-564-7038

cc:  Mr. Eric Allan Buikema

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 12-1128**

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE

      Plaintiff - Appellee

v.

STEVEN WOODWARD

      Defendant - Appellant