MIED (Rev. 6/05) Order on Application to Proceed In Forma Pauperis

Case 2:10-cv-10978-PJD-MJH Document 203 Filed 02/06/2012 Pg 1 of 1 Pg ID 3541
Case 12-1128, Document 3, Filed 02/02/12, Page 1

United States District Court
Eastern District of Michigan

Case Number 10-10978

AMERICAN UNIVERSITY ANTIGUA COLLEGE OF MEDICINE

                Plaintiff,           District Judge PATRICK J. DUGGAN

v.

STEVEN WOODWARD,

                Defendants.   /

### ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[X] **GRANTED**.(FOR APPEAL)

[ ] **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ] **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s).

[ ] **DENIED**, for the following reasons:

Date: February 2, 2012               s/PATRICK J. DUGGAN
                                                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on petitioner and/or counsel of record by U.S. mail or electronic means.

Date: February 2, 2012               s/Marilyn Orem
                                                                     Deputy Clerk