No. 12-1128

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA, | ) | |
| | ) | |
|     Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEVEN WOODWARD, | ) | |
| | ) | |
|     Defendant-Appellant. | ) | |
| | ) | |

FILED
**Feb 10, 2012**
LEONARD GREEN, Clerk

It appears from the documents before the court that the district court entered an order on December 5, 2011, in which the court did not dispose of all of the claims in this case. Generally an order that disposes of fewer than all of the remaining claims is not immediately appealable. *See Elliot v. Lator*, 497 F.3d 644, 652-53 (6th Cir. 2007). While an immediate appeal could be taken pursuant to 28 U.S.C. § 1292(a)(1) from the district court's grant of permanent injunctive relief against the defendant, Steven Woodward, the notice of appeal filed on January 30, 2012, is late. *See* Fed. R. App. P. 4(a) and 26(a).

It further appears from the record that Woodward did not apply to the district court for an extension of time within which to file the notice of appeal late, due to excusable neglect, and it appears that no such extension of time has been granted by the district court.

It is therefore ordered that Woodward show cause in writing not later than twenty-one days from the date of this order why the appeal should not be dismissed for failure to comply with Federal Rule of Appellate Procedure 4(a).

It is further ordered that the briefing schedule be held in abeyance.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk