**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 10, 2012

Mr. Eric Allan Buikema
Mr. Steven Woodward

    Re:  Case No. 12-1128, *American University of Antigua v. Steven Woodward*
       Originating Case No. : 10-10978

Dear Sirs,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Laura A. Jones
            for Linda M. Niesen
            Case Manager
            Direct Dial No. 513-564-7023

Enclosure