RECEIVED

FEB 16 2012

LEONARD GREEN, Clerk

Case No. 12-1128

United States Court Of Appeals For The Sixth Circuit

American University of Antigua College Of Medicine

Plaintiff-Appellee,

v.

Steven Woodward,

Defendant-Appellant.

Appellant Answer To Show Cause ORDER

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

1

RECEIVED

FEB 16 2012

LEONARD GREEN, Clerk

Appellant Answer To Show Cause ORDER

Mr. Woodward filed Docket 201, "**Emergency Motion Leave To Proceed In Forma Pauperis**", which was "**GRANTED**" in Docket 203.

**I.** Mr. Woodward claims Due Process violation by the Court per Title 28 U.S.C. 455 including but not limited to Docket 184 and 185, included in Docket 201.

The Court not only Granted Permission but told Mr. Woodward to appeal.

Federal Rules of Appellate Procedure Rule 5. Appeal by Permission, includes oral argument.

Docket 199 is the Transcript of the January 18, 2012 Hearing.

On page 10, line 18

"**Mr. Woodward**: My civil rights have been violated by due process under 28455---

**The Court**: Are you going to listen to ---

**Mr. Woodward**: Under 28455 for bias."

On page 13, line 3

"**Mr. Woodward**: That's not true, Your Honor. You violated my due process in the whole part of this case.

**The Court**: <u>Fine, we'll go with that. Take that up with the Court of Appeals, okay. **I've ruled.**</u>

**Mr. Woodward:** Okay, Fine."

**II.** The Court created a scheme (one of many) so Mr. Woodward would not be able to file a "Notice of Appeal".

**A.** The Court filed Docket 185, Order, on December 5, 2012 on summary judgment.

2

**B.** Mr. Woodward had an option to file a motion for the Court to reconsider Order 185 or file a Notice of Appeal. Mr. Woodward was given permission to file a motion for reconsideration, as demonstrated, but then the Court would not hear this motion.

1. Mr. Woodward filed Docket 188 "**Motion Reconsideration of Judges Order**" on December 13, 2012.

2. The Court filed Docket 192, on December 16, 2012, stating " **Local Rule 7.1 provides that no response to the motion is permitted unless the Court orders otherwise**".

3. Mr. Woodward replied to Docket 192 with Docket 196 on December 30, 2012, "**Emergency Motion to Strike Docket 192**"

Mr. Woodward gives evidence in Docket 196 that the Court did in fact give Mr. Woodward permission to file Docket 188 "Motion Reconsideration of Judges Order".

On, Docket 196, Exhibit 2, December 22, 2011 Mr. Woodward emails the Court

"**I didn't see that on the last docket 192(?) hearing for the "Motion for Reconsideration"**.

The Court replies "**both are set for 1/18/12**", Exhibit 2, Docket 196 is the email between the Court and Mr. Woodward, dated December 23, 2011 telling Mr. Woodward that Docket 188 "Motion for Reconsideration" was going to be heard on January 18.

4. The Court DID NOT alter the schedule allowing Mr. Woodward to defend himself per Docket 188 as promised.

Mr. Woodward emailed the Court, Exhibit 1.

"**I did not see a change in the schedule, per our emails that the schedule was going to be changed on I believe January 5th.**

**When is our next hearing?**

3

**Are we still having a Hearing on January 18th at 10:00 and if so please let me know over what Dockets."**

The Court replied

**"Hearing on 18th at 10:00 is hearing to determine amount of damages, if any and hearing on plaintiff's motion for an order to show cause for contempt."**

Mr. Woodward was deceived by the Court.

Mr. Woodward would have filed a Notice of Appeal if it was known that the Court wouldn't have allowed him to defend a motion for reconsideration.

This is another example of the blatant violation of Due Process Mr. Woodward has had to endure by the Courts and judges in Michigan in order to protect the Plaintiff and their business partner St. Joseph Mercy Oakland Hospital.

4

**Exhibit 1:**

From: "Marilyn_Orem@mied.uscourts.gov" <Marilyn_Orem@mied.uscourts.gov>
To: Steve Woodward <steve_1_woodward@yahoo.com>
Cc:
Sent: Friday, January 13, 2012 2:14 PM
Subject: Re: AUA v Woodward - Docket Emergency Mtion

It is on the docket.
Hearing on 18th at 10:00 is hearing to determine amount of damages, if any
and hearing on plaintiff's motion for an order to show cause for contempt.


From:    Steve Woodward <steve_1_woodward@yahoo.com>
To:    Orem Court <marilyn_orem@mied.uscourts.gov>
Date:    01/12/2012 03:33 PM
Subject:    AUA v Woodward - Docket Emergency Mtion


Dear Ms. Orem,

I filed an Emergency Motion early this morning, can you please check to see
if it was put on the Docket, just because it's taken a long time to get
others posted.

Also, I did not see a change in the schedule, per our emails that the
schedule was going to be changed on I believe January 5th.
When is our next hearing?
Are we still having a Hearing on January 18th at 10:00 and if so please let
me know over what Dockets.
I'll need to prepare.

Thank you for your time,

Steven Woodward

This email and any attachments are intended for the sole use of the named
recipient(s) and contain(s) confidential information that may be
proprietary, privileged or copyrighted under applicable law. If you are not
the intended recipient, do not read, copy, or forward this email message or
any attachments. Delete this email message and any attachments immediately.

Certificate of Service

The undersigned certifies that the foregoing **Appellant Answer To Show Cause ORDER** and this Certificate of Service were served upon Plaintiff by U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507
(810)235-7267

6