Steven Woodward
7211 Brittwood Ln
Flint, MI 48507

7011 2970 0002 9067 9947

United States Court of Appeals
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

RETURN RECEIPT REQUESTED

45202#3998

U.S. POSTAGE PAID
GRAND BLANC, MI
48480
FEB 14, '12
AMOUNT
$5.95
00039371-14

1000  45202