**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: April 30, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

       Re: Case No. 12-1128, *American University of Antigua v. Steven Woodward*
           Originating Case No. : 2:10-CV-10978

Dear Counsel and Mr. Woodward:

  The Court issued the enclosed Order today in this case.

                               Sincerely yours,

                               s/Patricia J. Elder
                               Senior Case Manager
                               Direct Dial No. 513-564-7034

cc: Mr. David J. Weaver

Enclosure