Case No. 12-1128/12-1584/12-1585/12-1738

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE

    Plaintiff - Appellee

v.

STEVEN WOODWARD

    Defendant - Appellant

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.

                                      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: June 13, 2012