## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 29, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Re: Case No. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Mr. Buikema,

   The brief which you submitted to the court does not comply with the Federal Rules of Appellate Procedure or Sixth Circuit Rules - the specific item or items to be corrected have been marked on the enclosed checklist.

   The corrected brief must be filed by **September 5, 2012**. For docketing purposes when filing the corrected briefs, select the Event Category of "Briefing", followed by "corrected brief". If you have any questions, please contact the clerk's office for assistance.

> Sincerely yours,
>
> s/Linda M. Niesen
> Case Manager
> Direct Dial No. 513-564-7038

cc:  Mr. Steven Woodward

Enclosure

**CHECKLIST FOR BRIEFS**

ECF FUNDAMENTALS:

| | |
|---|---|
| ___ | Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings |
| ___ | PDF format required |
| ___ | Native PDF format strongly preferred |
| ___ | In consolidated cases (excluding cross-appeals), appellants should un-check the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal. |
| ___ | Title of brief (example "Appellant's Brief") |
| ___ | Name(s) and address(es) of counsel filing the brief |

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

| | |
|---|---|
| ___ | Sixth Circuit case number |
| ___ | Heading: "United States Court of Appeals for the Sixth Circuit" |
| ___ | Title of case |
| ___ | Nature of proceeding and name of court, agency or board below |
| ___ | Title of brief (example "Appellant's Brief") |
| ___ | Name(s) and address(es) of counsel filing the brief |

CONTENTS (Fed. R. App. P. 28, 6th Cir. R. 28):

| | |
|---|---|
| _X_ | Corporate Disclosure Form |
| ___ | Table of Contents |
| ___ | Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities) |
| ___ | **Statement in support of oral argument** (if there is no statement, argument is waived) |
| | ****Page limitation, word or line count begins here. See Fed. R. App. P 32(a)(7) |
| ___ | Jurisdictional statement |
| ___ | Statement of issues |
| ___ | Statement of the case |
| ___ | Statement of facts **with references to record** (and appendix for any relevant pleadings not available ECF) |

> References to lower court, agency record or appendix if one is required must be clear. Abbreviations may be used such as R or RE for district court record entry number on docket or TR for transcript or AR for administrative record. **The word "Doc" or "DE" is not an acceptable description**. Examples:
>
>   RE #21, Appellant's Motion for Summary Judgment, pp. 2-5
>   RE #53, Plaintiff's Trial Testimony, p. 1
>   R. No. 44, Plea Agreement
>   R. No. 27, TR. Jury Trial 12/5/03, pp. 77 - 85
>   A.R. at pp. 190-191
>   RE. 33: Trial Tr. 8/30/04 at pp. 7, 89, 112-113

\_\_\_ Summary of argument

\_\_\_ Argument **with references to record and citations to case law, statutes and other authorities**

\_\_\_ Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

\_\_\_ Signed conclusion
  Signature format is: s/(attorney's name)
  Graphic or other electronic signatures discouraged
\*\*\*\*Page limitation, word or line count ends here.

\_X\_ Certificate of Compliance, if required by Fed. R. App. P. 32(a)(7)C)

\_\_\_ Dated Certificate of Service

\_\_\_ **Designation of Relevant District Court Documents**

\_\_\_ Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6th Cir. R. 28. Addendum may **not** contain any items from lower court record or appendix.

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

\_\_\_ Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New).

   Times New Roman at 14 point    `Courier New at 12 point`

\_\_\_ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

\_\_\_ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

\_\_\_ Briefs using the 14,000 word or 1300 line limits must include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C))

\_\_\_ Headings, footnote and quotations count toward word or line limitations

\_\_\_ For Death Penalty briefs, see 6th Cir. R. 22(c)(8)

| | |
|---|---|
| ___ | For Cross-Appeals, see Fed. R. App. P. 28.1 |
| ___ | For Amicus briefs, see Fed. R. App. P. 29 and 32 |

MISCELLANEOUS:

| | |
|---|---|
| ___ | Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted. |
| ___ | Footnotes must be same sized text as body of brief |
| ___ | Pages serially paginated |
| ___ | Text double-spaced |
| | Margins: at least 1" on all four sides |
| ___ | Remove District Court documents #143-5 and 188 from the back of the brief. |