# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## Case Nos. 12-1128, 12-1584, 12-1585 and 12-1738

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,

    Plaintiff-Appellee,

v

STEVEN L. WOODWARD,

    Defendant-Appellant

---

**Appeal from the United States District Court for the Eastern District of Michigan**
**Lower Court Case No. 10-10978**

---

## AMERICAN UNIVERSITY OF ANTIGUA'S MOTION TO EXTEND TIME TO FILE BRIEF ON APPEAL

---

**Submitted by:**

*Eric A. Buikema*
*Cardelli, Lanfear & Buikema, P.C.*
*322 W. Lincoln*
*Royal Oak, MI 48067*
*(248) 544-1100*
*Fax: (248) 544-1191*
*ebuikema@cardellilaw.com*

American University of Antigua College of Medicine ("AUA"), pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26 and IOP 26 hereby moves for a fifteen (15) day extension to file its brief on or before September 12, 2012.

AUA attempted to comply with the Court's scheduling order and electronically filed its brief on August 28, 2012. On August 29, 2012, the case manager, Ms. Linda Niesen electronically filed a letter and checklist advising of three[1] minor deficiencies with AUA's primary brief and allowed until September 5, 2012 for correction.

This letter was not received. Exhibit A, Affidavit of Eric A. Buikema. Instead, it was lost in the shuffle during the long holiday weekend. *Id.* The law offices of the undersigned were closed on the Friday before Labor Day to accommodate a community festival held in downtown Royal Oak. *Id.* Typically in electronic filing cases, a legal assistant also gets a copy of filed documents and prints the same for the file. *Id.* She also provides a second set of eyes for "action items" or dates and calendars the same. *Id.* For some reason she did not receive an additional copy in this matter. *Id.* AUA's counsel did not become aware of the

---

[1] After speaking with Ms. Niesen, she clarified her prior position and advised that the certificate of compliance was present on page 34 and that the deficiency claimed was erroneous. Accordingly only two deficiencies remain.

deficiencies noted by Ms. Niesen until her email of September 6, 2012 advising that the corrected brief was late. *Id.*

Pursuant to Fed. R. App. P. 26(b), good cause is present to allow the filing of AUA's brief where its counsel was unaware of the deficiencies until the time to cure had lapsed. Similarly, in light of the posture of this matter and Mr. Woodward's unrepresented status and rambling pleadings, AUA's briefing will assist the Court in understanding the unique posture of this matter. Woodward will suffer no prejudice from the late filing of the corrected brief. AUA's brief is, save the correction of deficiencies, the same. In fact, the only addition to the brief is the corporate disclosure form, which was previously filed in this matter and remains unchanged.

Wherefore, AUA prays that this Court extend the time for it to file its Brief on Appeal fifteen (15) days until September 12, 2012.

 

/s/ Eric A. Buikema (P58379)
Eric A. Buikema (P58379)
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
ebuikema@cardellilaw.com

# EXHIBIT

# A

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## Case Nos. 12-1128, 12-1584, 12-1585 and 12-1738

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE,

       Plaintiff-Appellee,

v

STEVEN L. WOODWARD,

       Defendant-Appellant

**Appeal from the United States District Court for the Eastern District of Michigan**
**Lower Court Case No. 10-10978**

## AFFIDAVIT OF ERIC A. BUIKEMA

Eric A. Buikema, being duly sworn the Affiant states:

1. I am counsel of record for the Plaintiff in this matter.

2. Ms. Niesen's letter dated August 29, 2012 was "lost in the shuffle" over the long holiday weekend.

3. My law office, Cardelli, Lanfear & Buikema PC was closed on Friday, August 31, 2012 to accommodate a community festival held in downtown Royal Oak.

4.  Similarly, my office was closed on Labor Day, Monday, September 3, 2012.

5.  Ordinarily in electronic filing cases handled by my office, a legal assistant receives a copy of any documents filed, prints for our file and provides a second set of eyes for any "actionable" items/deadlines and calendars them and brings them to my attention.

6.  For some reason, no additional copy was received by the legal assistant.

7.  The first notice I received regarding the deficiencies was Ms. Niesen's email on September 6, 2012 advising that the "corrected" brief was late and that a motion would be necessary.

8.  Had I received Ms. Niesen's original letter, I would have ensured that the deficiencies were corrected timely.

Further Affiant sayeth not.

ERIC A. BUIKEMA

Subscribed and sworn to before me this
11th day of Sept., 2012.

Notary Public
My commission expires:

Julie Ann Green
Notary Public of Michigan
Oakland County
Expires 12/07/2012
Acting in the County of Oakland