# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: September 12, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Re: Case No. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Mr. Buikema,

   The appellee's motion to extend time to file a "corrected appellee brief" is hereby **GRANTED** and the brief filed on September 11, 2012 has been accepted for filing.

   The optional reply brief is now due to be filed by September 28, 2012.

                              Sincerely yours,

                              s/Linda M. Niesen
                              Case Manager
                              Direct Dial No. 513-564-7038

cc:  Mr. Steven Woodward

Enclosure