RECEIVED
FEB 8 2013
DEBORAH S. HUNT, Clerk

Case No. 12-1128/12-1584/12-1585/12-1738

United States Court Of Appeals For The Sixth Circuit

American University of Antigua College Of Medicine

Plaintiff-Appellee,

v.

Steven Woodward,

Defendant-Appellant.

## A Motion To Take Judicial Notice:

## Case Nos. 12-1128/12-1584/12-1585/12-1738

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

1

Woodward would like the Court to know of the treatment Woodward has endured by Judge Hluchaniuk, U.S. Marshals, and Clerk Office Supervisor.

Woodward performs judicial research on the public terminal in the Clerk's Office at the Flint, Michigan Courthouse. On January 18, 2013 Woodward was attempting to obtain documentation for the motion filed 1/29/2013. Woodward could not obtain the required documents from the public terminal, so he requested assistance from the Clerk. The Clerk found, printed, and read to Woodward information from the **three(3) page document**, "AUA vs Arkansas State Medical Board Case 4:09-cv-00306-DPM" (**Exhibit 1, Dkt filed 1/29/2013**). Woodward attempted to pay for the document. The Clerk told Woodward she could not give Woodward the document per her supervisor. Woodward walked to Judge Goldsmith's Office to seek assistance. Woodward rang the intercom Judge Goldsmith's staff **invited Woodward to enter the office door.** Woodward was explaining the situation when a U.S. Marshal came in and demanded Woodward to leave Judge Goldsmith's Office and that Woodward was only allowed in the Clerk's Office. The US Marshal told Woodward, Judge Hluchanuik ordered these restrictions. Woodward believes this violates his Civil Rights of Freedom inside a public building and 1st Amendment Freedom of Speech to Judge Goldsmith's staff member. Woodward believes the Clerk's Supervisor disregard the Freedom of Information Act and Clerk's Office policies and demonstrates a lack of policies to aid the public. Woodward was bullied and harassed by Judge Hluchaniuk and the US Marshals. Video surveillance cameras, emails, testimony, and electronic communications can verify this as true. Woodward thanks the clerks; they have always been very kind, pleasant, and helpful.

2

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

*[signature]*

## Certificate of Service

The undersigned certifies that the foregoing "**A Motion To Take Judicial Notice: Case Nos. 12-1128/12-1584/12-1585/12-1738**" and this Certificate of Service were served upon Appellee (Plaintiff) by U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507
(810)235-7267

*[signature]*

S. Woodward
7611 Brittwood Ln
Flint, MI 48507



9505 5104 7586 3037 5554 96
USPS TRACKING NUMBER

Label 107, January 2008

Visit us at usps.com



PRIORITY MAIL
UNITED STATES POSTAL SERVICE

United States Court of Appeals
For The Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988
Attn: Linda Niesen

1006
45202



U.S. POSTAGE
GRAND BLANC, MI
48480
FEB 06, 13
AMOUNT
$5.70
00047588-10