UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Case Nos. 12-1128, 12-1584, 12-1585 and 12-1738

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE,

       Plaintiff-Appellee,

v

STEVEN L. WOODWARD,

       Defendant-Appellant

**CONSENT FOR SUBSTITUTION OF COUNSEL**

The lawfirm of CARDELLI LANFEAR consents to substitution of Eric A. Buikema, of Buikema, LLC as counsel of record for American University of Antigua College of Medicine in the above matter.

| | |
|---|---|
| By: /s/ R. Carl Lanfear | By: /s/ Eric A. Buikema (P58379) |
| R. Carl Lanfear (P43967) | Eric A. Buikema (P58379) |
| CARDELLI LANFEAR | BUIKEMA PLLC |
| 322 W. Lincoln | 33228 W. 12 Mile Rd., Ste. 313 |
| Royal Oak, MI 48067 | Farmington Hills, MI 48334 |
| 248-544-1100 | 248-417-0209 |
| clanfear@cardellilaw.com | eric@buikemapllc.com |

Dated: February 20, 2013

## CERTIFICATE OF SERVICE

Kathy Zalewski, being duly sworn, deposes and says that on the 20th day of February, 2013 she mailed via first class mail a copy of Consent for Substitution of Counsel to Steven L. Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/ Kathy Zalewski