# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 24, 2013

**FILED**
*Jul 26, 2013*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

> Re: Steven Woodward
> v. American University of Antigua College of Medicine
> No. 13-5450
> (Your No. 12-1128, 12-1584, 12-1585, 12-1738)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 20, 2013 and placed on the docket July 24, 2013 as No. 13-5450.

Sincerely,

**William K. Suter**, Clerk

by

Jacob C. Travers
Case Analyst