# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2013

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
*Oct 09, 2013*
DEBORAH S. HUNT, Clerk

Re: Steven Woodward
v. American University of Antigua College of Medicine
No. 13-5450
(Your No. 12-1128, 12-1584, 12-1585, 12-1738)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk